UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

PARIS DA'JON ALLEN,

          Plaintiff,

v.

RICARDO LOPEZ, et al,

          Defendants.

Civil No. 15-1860 (JRT/KMM)

**ORDER ON REPORT AND RECOMMENDATION**

Paris Da'Jon Allen, #185232, MFC – Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

Lindsay Strauss, Kelly Kemp, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 900, St Paul, MN 55101-2127, for defendants.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on September 27, 2017. It was mailed to the Plaintiff and returned by the U.S. Postal Service as undeliverable on October 12, 2017. Plaintiff's address was updated and the Report and Recommendation sent to the plaintiff again on October 12, 2017. No objections have been filed to that Report and Recommendation.

Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

The Defendants' Motion for Summary Judgment (Docket No. 93) is granted with respect to all claims against them in the Complaint. All claims against Defendants are dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 15, 2017       s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
     Chief Judge
     United States District Court